UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JONES, et al., :
                    Plaintiff :
                    :
      -against- : 25 Civ. 8603 (LGS)
                    :
3M Company, et al., :
                Defendants. : **ORDER**
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this case was removed on October 17, 2025.

    WHEREAS, the case appears related to MDL No. 2873. It is hereby

    **ORDERED** that, in the interest of efficiency, the parties shall file a joint letter by **October 31, 2025**, advising on how best to proceed.

Dated: October 22, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE